# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

*ADR*

WILLIE MAE LETT

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

APEX FINANCIAL MANAGEMENT, LLC, and
BRUCE ROBERT PASSEN

**C07 02428**

**PVT**

TO:

Apex Financial Management, LLC
c/o Jeffrey W. Linstrom, Agent for Service
5 Revere Drive, Suite 206
Northbrook, Illinois 60062-1568

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

*Betty J. Walton*

(BY) DEPUTY CLERK

DATE May 7, 2007

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Fred W. Schwinn (SBN 225575)<br>Consumer Law Center, Inc.<br>12 South First Street, Suite 416<br>San Jose, California 95113-2404<br>TELEPHONE NO.: (408) 294-6100   FAX NO. *(Optional):* (408) 294-6190<br>E-MAIL ADDRESS *(Optional):* fred.schwinn@sjconsumerlaw.com<br>ATTORNEY FOR *(Name):* PLAINTIFF | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>STREET ADDRESS: UNITED STATES DISTRICT COURT FOR THE<br>MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA<br>CITY AND ZIP CODE: 280 South First Street, Room 2112<br>BRANCH NAME: San Jose, California 95113 | |
| PLAINTIFF/PETITIONER: WILLIE MAE LETT<br><br>DEFENDANT/RESPONDENT: APEX FINANCIAL MANAGEMENT, LLC, et al. | CASE NUMBER:<br>C07-02428-PVT |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents)*: Order Setting Initial Case Management Conference; Standing Order Regarding Case Management in Civil Cases; Consent to Proceed Before a US Magistrate Judge; ECF Registration Information Handout
3. a. Party served *(specify name of party as shown on documents served)*:
      Apex Financial Management, LLC

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
      Jeffrey Lindstrom, Agent for Service of Process

4. Address where the party was served:
   5 Revere Drive, Suite 206
   Northbrook, IL 60062-1568
5. I served the party *(check proper box)*
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. ☐ **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

*Martin Dean's* **ESSENTIAL FORMS**™

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| PLAINTIFF/PETITIONER: WILLIE MAE LETT | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: APEX FINANCIAL MANAGEMENT, LLC, et al. | C07-02428-PVT |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   - (1) on *(date)*: May 8, 2007
   - (2) from *(city)*: San Jose, California
   - (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.) (Code Civ. Proc., § 415.30.)
   - (4) [X] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   
   d. [ ] **by other means** *(specify means of service and authorizing code section)*:

   [X] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   - a. [ ] as an individual defendant.
   - b. [ ] as the person sued under the fictitious name of *(specify)*:
   - c. [ ] as occupant.
   - d. [ ] On behalf of *(specify)*:
     under the following Code of Civil Procedure section:
     - [ ] 416.10 (corporation)
     - [ ] 416.20 (defunct corporation)
     - [ ] 416.30 (joint stock company/association)
     - [ ] 416.40 (association or partnership)
     - [ ] 416.50 (public entity)
     - [ ] 415.95 (business organization, form unknown)
     - [ ] 416.60 (minor)
     - [ ] 416.70 (ward or conservatee)
     - [ ] 416.90 (authorized person)
     - [ ] 415.46 (occupant)
     - [ ] other:

7. **Person who served papers**
   - a. Name: Fred W. Schwinn
   - b. Address: 12 South First Street, Suite 416, San Jose, CA 95113-2404
   - c. Telephone number: (408) 294-6100
   - d. **The fee** for service was: $
   - e. I am:
     - (1) [ ] not a registered California process server.
     - (2) [X] exempt from registration under Business and Professions Code section 22350(b).
     - (3) [ ] registered California process server:
       - (i) [ ] owner  [ ] employee  [ ] independent contractor.
       - (ii) Registration No.:
       - (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: May 15, 2007

Fred W. Schwinn (SBN 225575)    ▶    _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)

SHORT TITLE: Case 5:07-cv-02428-PVT   Document 3   Filed 05/21/2007   Page 4 of 4
CASE NUMBER:
LETT V. APEX FINANCIAL MANAGEMENT, LLC, et al. | C07-02428-PVT

MC-020

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NORTHBROOK IL 60062

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $7.28 |

Postmark Here — MAY 2007 — St. J... Sta. — 05/08/2007

Article Number: 7005 3110 0000 4788 4305

Sent To: Apex Financial c/o Jeffrey Lindstrom
Street, Apt. No.; or PO Box No.: 5 Revere Dr., Ste. 206
City, State, ZIP+4: Northbrook, IL 60062-1586

PS Form 3800, June 2002                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Apex Financial Management, LLC
c/o Jeffrey Lindstrom, Agent
for Service
5 Revere Dr., Ste 206
Northbrook, IL 60062-1568

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X R O'Brien
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery 5/10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0000 4788 4305

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 3

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms ™

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501