Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
WILLIE MAE LETT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| WILLIE MAE LETT,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>APEX FINANCIAL MANAGEMENT, LLC, a Illinois limited liability company, and BRUCE ROBERT PASSEN, as an individual and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. C07-02428-PVT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, WILLIE MAE LETT, by and through counsel, Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, WILLIE MAE LETT, hereby dismisses, with prejudice, all claims made by her against Defendants, APEX FINANCIAL MANAGEMENT, LLC, and BRUCE ROBERT PASSEN, in her Complaint filed herein on May 7, 2007. Plaintiff further notifies the Court that her dispute with Defendants has been settled.

CONSUMER LAW CENTER, INC.


By: /s/ Fred W. Schwinn
　　　Fred W. Schwinn, Esq.
　　　Attorney for Plaintiff
　　　WILLIE MAE LETT